# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
       §
BENDER, CATHLEEN E    §   Case No. 13-33711
       §
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/23/2013 . The undersigned trustee was appointed on 08/23/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $      10,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13.45 |
| Bank service fees | 277.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,300.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,408.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2014 and the deadline for filing governmental claims was 05/15/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,520.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,520.00 , for a total compensation of $ 1,520.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.45 , for total expenses of $ 47.45 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2016                By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-33711    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | BENDER, CATHLEEN E | Date Filed (f) or Converted (c):    08/23/13 (f) |
| | | 341(a) Meeting Date:    10/04/13 |
| For Period Ending: | 03/04/16 | Claims Bar Date:    05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 33202 North Woodland Terrace Grayslake, | 245,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 250.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 3. Deposits of Money (State Bank of the Lakes Checkin | 350.00 | 0.00 | | 0.00 | FA |
| Deposits of Money (State Bank of the Lakes Checking) | | | | | |
| 4. Couch and Livingroom Furniture | 750.00 | 0.00 | | 0.00 | FA |
| Couch and Livingroom Furniture | | | | | |
| 5. Television and Bedroom Sets | 750.00 | 0.00 | | 0.00 | FA |
| Television and Bedroom Sets | | | | | |
| 6. Diningroom Set, Washer and Dryer | 500.00 | 0.00 | | 0.00 | FA |
| Diningroom Set, Washer and Dryer | | | | | |
| 7. Kitchen Utensils, Stove, Refrigerator and Microwav | 400.00 | 0.00 | | 0.00 | FA |
| Kitchen Utensils, Stove, Refrigerator and Microwave | | | | | |
| 8. Artwork | 500.00 | 0.00 | | 0.00 | FA |
| Artwork | | | | | |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 10. Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| 11. Laptop Computer, Home Computer and Printer | 200.00 | 0.00 | | 0.00 | FA |
| Laptop Computer, Home Computer and Printer | | | | | |
| 12. Illinois Bright Start | 4,450.00 | 0.00 | | 0.00 | FA |
| Illinois Bright Start | | | | | |
| 13. IRA (American Funds) | 56,000.00 | 0.00 | | 0.00 | FA |
| IRA (American Funds) | | | | | |
| 14. Therapeutic Alternatives, Inc. (100% Ownership) Ac | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-33711 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BENDER, CATHLEEN E | | | Date Filed (f) or Converted (c): | 08/23/13 (f) |
| | | | | 341(a) Meeting Date: | 10/04/13 |
| | | | | Claims Bar Date: | 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Therapeutic Alternatives, Inc. (100% Ownership) Accounts Receivable: $4,000 Bank Account: $2,000 Equipment: $3,000 Debt (est): $9,000 | | | | | |
| 15. 2012 Lexus CT2 Hybrid (20,000 miles)   2012 Lexus CT2 Hybrid (20,000 miles) | 16,000.00 | 0.00 | | 0.00 | FA |
| 16. Pilates Equipment   Pilates Equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. DOG - Golden Retriever/Labrador Mix (u) | 10,000.00 | 0.00 | | 10,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $337,800.00 | $0.00 | | $10,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW

February 25, 2016, 02:00 pm

SAME - 01/20/16. TRUSTEE PREPARING TFR AND NFR - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE TO DRAFT TFR - April 30, 2015. NO CHANGE - Jan. 17, 2015.TRUSTEE HAS FILED A MOTION TO SELL A DOG - January 9, 2014.  TRUSTEE TO REVIEW CLAIMS AFTER BAR DATE EXPIRES - April 30, 2014.  NO CHANGE - July 17, 2014.  SAME - October 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/15    Current Projected Date of Final Report (TFR): 02/28/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-33711 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BENDER, CATHLEEN E | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5696 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2724 | | | |
| For Period Ending: | 03/04/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/14 | 17 | DAVID ZINDER | SALE OF DOG | 1229-000 | 10,000.00 | | 10,000.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 9,975.15 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.35 | 9,960.80 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,945.99 |
| 06/16/14 | 300001 | CATHERINE BENDER | Payment of exemption | 8100-000 | | 2,300.00 | 7,645.99 |
| | | 33202 North Woodland Terrace | Payment of exemption - Dog | | | | |
| | | Grayslake, IL 60030 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 7,631.79 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,620.44 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.33 | 7,609.11 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.95 | 7,598.16 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.30 | 7,586.86 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.92 | 7,575.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.26 | 7,564.68 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 7,553.43 |
| 02/27/15 | 300002 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.17 | 7,545.26 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.14 | 7,535.12 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.21 | 7,523.91 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,513.08 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 7,501.91 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.79 | 7,491.12 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,479.98 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.12 | 7,468.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.75 | 7,458.11 |

Page Subtotals 10,000.00 2,541.89

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 19.05f

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-33711 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BENDER, CATHLEEN E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5696 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2724 | | |
| For Period Ending: | 03/04/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,447.02 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,436.31 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,425.25 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,414.21 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 5.28 | 7,408.93 |

```
                                        COLUMN TOTALS                    10,000.00        2,591.07          7,408.93
                                  Less: Bank Transfers/CD's                   0.00            0.00
                                        Subtotal                         10,000.00        2,591.07
                                  Less: Payments to Debtors                                2,300.00
                                        Net                              10,000.00          291.07

                                                                                            NET              ACCOUNT
                   TOTAL - ALL ACCOUNTS                                NET DEPOSITS    DISBURSEMENTS          BALANCE
        Checking Account (Non-Interest Earn - *******5696                10,000.00          291.07          7,408.93
                                                                       --------------   --------------   --------------
                                                                         10,000.00          291.07          7,408.93
                                                                       ==============   ==============   ==============
                                                                       (Excludes Account  (Excludes Payments  Total Funds
                                                                          Transfers)       To Debtors)        On Hand
```

Page Subtotals     0.00     49.18

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: March 04, 2016 |
|---|---|---|---|---|---|---|---|

Case Number: 13-33711   Claim Class Sequence
Debtor Name: BENDER, CATHLEEN E

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,567.45 | $1,567.45 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee | Administrative | | $0.00 | $2,312.50 | $2,312.50 |
| BOND 999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $8.17 | $8.17 |
| BOND 999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $5.28 | $5.28 |
| 000001<br>070<br>7100-00 | Dianne Neumann<br>504 Shoshoni Trail<br>Lake Villa, IL 60046 | Unsecured | | $0.00 | $4,501.95 | $4,501.95 |
| 000002<br>070<br>7100-00 | Karen A Woyach<br>7N083 Briargate Terrace<br>Medinah, IL 60157 | Unsecured | | $0.00 | $1,000.00 | $1,000.00 |
| NA<br>999<br>8100-00 | Cathleen Bender | Unsecured | | $0.00 | $2,300.00 | $2,300.00 |
| | Case Totals: | | | $0.00 | $11,695.35 | $11,695.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-33711
Case Name: BENDER, CATHLEEN E
Trustee Name: JOSEPH E. COHEN

| | Balance on hand | $ | 7,408.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,520.00 | $ 0.00 | $ 1,520.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 47.45 | $ 0.00 | $ 47.45 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,312.50 | $ 0.00 | $ 2,312.50 |
| Other: Arthur B. Levine Company | $ 8.17 | $ 8.17 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.28 | $ 5.28 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 3,879.95 |
| Remaining Balance | $ 3,528.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 5,501.95  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.1 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dianne Neumann<br>504 Shoshoni Trail<br>Lake Villa, IL 60046 | $ 4,501.95 | $ 0.00 | $ 2,887.57 |
| 000002 | Karen A Woyach<br>7N083 Briargate Terrace<br>Medinah, IL 60157 | $ 1,000.00 | $ 0.00 | $ 641.41 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,528.98 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE