UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BENDER, CATHLEEN E § Case No. 13-33711
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 04/08/2016 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BENDER, CATHLEEN E    §    Case No. 13-33711
§
Debtor    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,000.00 |
| and approved disbursements of | $ 2,591.07 |
| leaving a balance on hand of[1] | $ 7,408.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,520.00 | $ 0.00 | $ 1,520.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 47.45 | $ 0.00 | $ 47.45 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,312.50 | $ 0.00 | $ 2,312.50 |
| Other: Arthur B. Levine Company | $ 8.17 | $ 8.17 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.28 | $ 5.28 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,879.95 |
| Remaining Balance | | $ | 3,528.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,501.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dianne Neumann<br>504 Shoshoni Trail<br>Lake Villa, IL 60046 | $ 4,501.95 | $ 0.00 | $ 2,887.57 |
| 000002 | Karen A Woyach<br>7N083 Briargate Terrace<br>Medinah, IL 60157 | $ 1,000.00 | $ 0.00 | $ 641.41 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,528.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-33711-ABG
Cathleen E Bender                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mrahmoun            Page 1 of 1              Date Rcvd: Mar 08, 2016
                               Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2016.
```
db              #+Cathleen E Bender,    33202 North Woodland Terrace,    Grayslake, IL 60030-2178
20907085       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One,    P. O. Box 85520,    Richmond, VA 23285)
20907086        +Capital One Bank,    Attn: Bankruptcy Dept.,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
20907087        +Chase,   P. O. Box 15298,    Wilmington, DE 19850-5298
20907088         CitiBusiness,    P. O. Box 6004,    Sioux Falls, SD 57117-6004
20907089        +Dianne Neumann,    504 Shoshoni Trail,    Lake Villa, IL 60046-8755
21091484        +Karen A Woyach,    7N083 Briargate Terrace,    Medinah, IL 60157-9510
20907090        +North Shore Trust & Saving,    700 South Lewis Avenue,    Waukegan, IL 60085-6171
20907093       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit,    Toyota Financial Services,   P. O. Box 8026,
                   Cedar Rapids, IA 52408)
20907091        +Therapeutic Alternatives,    33202 North Woodland Terrace,    Grayslake, IL 60030-2178
20907092        +Toyota Motor Credit,    1111 West 22nd Street, #420,    Oak Brook, IL 60523-1959
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
```
          E. Philip   Groben    on behalf of Trustee Joseph E Cohen pgroben@dandgpc.com
          James T Magee    on behalf of Debtor 1 Cathleen E Bender bankruptcy@mageenegele.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com;gsullivan@cohenandkrol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com;gsullivan@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thaddeus M Bond, Jr., Jr   on behalf of Creditor   North Shore Trust and Savings ted@bondpc.com
                                                                                                     TOTAL: 6
```