# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BENDER, CATHLEEN E § Case No. 13-33711
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 243,950.00 *(Without deducting any secured claims)* | Assets Exempt: 86,150.00 |
| Total Distributions to Claimants: 3,528.98 | Claims Discharged Without Payment: 17,429.72 |
| Total Expenses of Administration: 4,171.02 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,300.00 (see **Exhibit 2**), yielded net receipts of $ 7,700.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 267,640.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,171.02 | 4,171.02 | 4,171.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,556.75 | 5,501.95 | 5,501.95 | 3,528.98 |
| **TOTAL DISBURSEMENTS** | $ 292,196.75 | $ 9,672.97 | $ 9,672.97 | $ 7,700.00 |

4)  This case was originally filed under chapter 7 on 08/23/2013 . The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2016            By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DOG - Golden Retriever/Labrador Mix | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CATHERINE BENDER | Exemptions | 8100-000 | 2,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,300.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Shore Trust & Saving 700 South Lewis Avenue Waukegan, IL 60085 | | 250,679.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 West 22nd Street, #420 Oak Brook, IL 60523 | | 16,961.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Toyota Financial Services P. O. Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 267,640.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,520.00 | 1,520.00 | 1,520.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 47.45 | 47.45 | 47.45 |
| ADAMS-LEVINE | 2300-000 | NA | 5.28 | 5.28 | 5.28 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.17 | 8.17 | 8.17 |
| ASSOCIATED BANK | 2600-000 | NA | 277.62 | 277.62 | 277.62 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 1,541.67 | 1,541.67 | 1,541.67 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 770.83 | 770.83 | 770.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,171.02** | **$ 4,171.02** | **$ 4,171.02** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Attn: Bankruptcy Dept. P. O. Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital One P. O. Box 85520 Richmond, VA 23285 | | 2,030.00 | NA | NA | 0.00 |
| | Chase P. O. Box 15298 Wilmington, DE 19850 | | 6,706.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiBusiness P. O. Box 6004 Sioux Falls, SD 57117-6004 | | 6,720.75 | NA | NA | 0.00 |
| 000001 | DIANNE NEUMANN | 7100-000 | 9,100.00 | 4,501.95 | 4,501.95 | 2,887.57 |
| 000002 | KAREN A WOYACH | 7100-000 | NA | 1,000.00 | 1,000.00 | 641.41 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,556.75 | $ 5,501.95 | $ 5,501.95 | $ 3,528.98 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-33711 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENDER, CATHLEEN E | | | Date Filed (f) or Converted (c): | 08/23/13 (f) |
| | | | | 341(a) Meeting Date: | 10/04/13 |
| For Period Ending: | 06/27/16 | | | Claims Bar Date: | 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 33202 North Woodland Terrace Grayslake, | 245,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 250.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 3. Deposits of Money (State Bank of the Lakes Checkin | 350.00 | 0.00 | | 0.00 | FA |
| Deposits of Money (State Bank of the Lakes Checking) | | | | | |
| 4. Couch and Livingroom Furniture | 750.00 | 0.00 | | 0.00 | FA |
| Couch and Livingroom Furniture | | | | | |
| 5. Television and Bedroom Sets | 750.00 | 0.00 | | 0.00 | FA |
| Television and Bedroom Sets | | | | | |
| 6. Diningroom Set, Washer and Dryer | 500.00 | 0.00 | | 0.00 | FA |
| Diningroom Set, Washer and Dryer | | | | | |
| 7. Kitchen Utensils, Stove, Refrigerator and Microwav | 400.00 | 0.00 | | 0.00 | FA |
| Kitchen Utensils, Stove, Refrigerator and Microwave | | | | | |
| 8. Artwork | 500.00 | 0.00 | | 0.00 | FA |
| Artwork | | | | | |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 10. Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| 11. Laptop Computer, Home Computer and Printer | 200.00 | 0.00 | | 0.00 | FA |
| Laptop Computer, Home Computer and Printer | | | | | |
| 12. Illinois Bright Start | 4,450.00 | 0.00 | | 0.00 | FA |
| Illinois Bright Start | | | | | |
| 13. IRA (American Funds) | 56,000.00 | 0.00 | | 0.00 | FA |
| IRA (American Funds) | | | | | |
| 14. Therapeutic Alternatives, Inc. (100% Ownership) Ac | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-33711   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | BENDER, CATHLEEN E | Date Filed (f) or Converted (c): | 08/23/13 (f) |
| | | 341(a) Meeting Date: | 10/04/13 |
| | | Claims Bar Date: | 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Therapeutic Alternatives, Inc. (100% Ownership) Accounts Receivable: $4,000 Bank Account:     $2,000 Equipment:     $3,000 Debt (est):     $9,000 | | | | | |
| 15. 2012 Lexus CT2 Hybrid (20,000 miles)<br>    2012 Lexus CT2 Hybrid (20,000 miles) | 16,000.00 | 0.00 | | 0.00 | FA |
| 16. Pilates Equipment<br>    Pilates Equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. DOG - Golden Retriever/Labrador Mix (u) | 10,000.00 | 0.00 | | 10,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $337,800.00 | $0.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW

February 25, 2016, 02:00 pm

SAME - 01/20/16. TRUSTEE PREPARING TFR AND NFR - Oct. 31, 2015.  NO CHANGE - July 30, 2015.  TRUSTEE TO DRAFT TFR - April 30, 2015.  NO CHANGE - Jan. 17, 2015.TRUSTEE HAS FILED A MOTION TO SELL A DOG - January 9, 2014.  TRUSTEE TO REVIEW CLAIMS AFTER BAR DATE EXPIRES - April 30, 2014.  NO CHANGE - July 17, 2014.  SAME - October 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/15     Current Projected Date of Final Report (TFR): 02/28/16

LFORM1                                                                                                                                                                                                                                    Ver: 19.06a
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-33711 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENDER, CATHLEEN E | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5696 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2724 | | | |
| For Period Ending: | 06/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/14 | 17 | DAVID ZINDER | SALE OF DOG | 1229-000 | 10,000.00 | | 10,000.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 9,975.15 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.35 | 9,960.80 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,945.99 |
| 06/16/14 | 300001 | CATHERINE BENDER | Payment of exemption | 8100-000 | | 2,300.00 | 7,645.99 |
| | | 33202 North Woodland Terrace | Payment of exemption - Dog | | | | |
| | | Grayslake, IL 60030 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 7,631.79 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,620.44 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.33 | 7,609.11 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.95 | 7,598.16 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.30 | 7,586.86 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.92 | 7,575.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.26 | 7,564.68 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 7,553.43 |
| 02/27/15 | 300002 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.17 | 7,545.26 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.14 | 7,535.12 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.21 | 7,523.91 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,513.08 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 7,501.91 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.79 | 7,491.12 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,479.98 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.12 | 7,468.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.75 | 7,458.11 |

Page Subtotals  10,000.00  2,541.89

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-33711 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENDER, CATHLEEN E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5696  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2724 | | |
| For Period Ending: | 06/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,447.02 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,436.31 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,425.25 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,414.21 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 5.28 | 7,408.93 |
| 04/08/16 | 300004 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees          1,520.00<br>Expenses          47.45 | <br><br><br>2100-000<br>2200-000 | | 1,567.45 | 5,841.48 |
| 04/08/16 | 300005 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | 3110-000 | | 1,541.67 | 4,299.81 |
| 04/08/16 | 300006 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 770.83 | 3,528.98 |
| * 04/08/16 | 300007 | Dianne Neumann<br>504 Shoshoni Trail<br>Lake Villa, IL 60046 | Claim 000001, Payment 64.14043%<br>(1-1) Modified on 5/7/14 to correct<br>creditors name(dw) | 7100-004 | | 2,887.57 | 641.41 |
| 04/08/16 | 300008 | Karen A Woyach<br>7N083 Briargate Terrace<br>Medinah, IL 60157 | Claim 000002, Payment 64.14100% | 7100-000 | | 641.41 | 0.00 |
| 06/06/16 | 300009 | Dianne Neumann<br>2101 Greenleaf Avenue<br>Elk Grove Village, IL  60007 | Reissued check #300007<br>creditors name(dw)<br>reissued check #300007 | 7100-000 | | 2,887.57 | -2,887.57 |
| * 06/07/16 | 300007 | Dianne Neumann<br>504 Shoshoni Trail<br>Lake Villa, IL 60046 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -2,887.57 | 0.00 |

Page Subtotals          0.00          7,458.11

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2                                                                                                              Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                       Exhibit 9

| Case No: | 13-33711 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BENDER, CATHLEEN E | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5696 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2724 | | | |
| For Period Ending: | 06/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 10,000.00 | 10,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | | 2,300.00 | |
| | Net | | 10,000.00 | 7,700.00 | |
| | | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking Account (Non-Interest Earn - *******5696 | | 10,000.00 | 7,700.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 10,000.00 | 7,700.00 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 19.06a

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 11)